McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:08-CR-00303 AWI |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE AND ORDER |
| ) | |
| BRENDA THOMAS FRAZIER, ) | |
| Defendant. ) | |
| ) | |

The parties filed the following stipulation:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Rachel Hill, Attorney for Defendant BRENDA THOMAS FRAZIER, that the Status Conference presently set for November 10, 2008, at 9:00 a.m. may be continued to December 8, 2008, at 9:00 a.m.

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED:  November 6, 2008           By      /s/ Stanley A. Boone
                                           STANLEY A. BOONE
                                           Assistant U.S. Attorney

1

DATE: November 6,  2008                    By      /s/ Rachel Hill
                                                   RACHEL HILL
                                                   Attorney for Brenda Thomas Frazier


**ORDER**

    IT IS SO ORDERED, that the status conference currently scheduled for November 10, 2008, at 9:00 a.m. is continued to December 8, 2008, at 9:00 a.m.


IT IS SO ORDERED.

**Dated:   November 7, 2008**                    /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE