# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

NOV 24 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 08-CR-00303 AWI |
| BRENDA THOMAS FRAZIER ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Brenda Thomas Frazier__, have discussed with __Kimberly M. Dalton__, Supervisory Pretrial Services Officer, modifications of my release conditions as follows:

That the condition of release requiring participation in mental health treatment be **vacated.**

I consent to this modification of my release conditions and agree to abide by this modification.

_Brenda P. Frazier_  11-18-08      _Kimberly M. Dalton_  11/17/08
Signature of Defendant    Date            Pretrial Services Officer       Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                                 11/17/08
Signature of Assistant United States Attorney                 Date
STANLEY A. BOONE

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                                 11/24/08
Signature of Defense Counsel                                  Date
RACHEL W. HILL

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __11/24/08__
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                                 11/24/08
Signature of Judicial Officer                                 Date
SM SNYDER

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services